**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Antwon STUCKEY, Defendant-
Appellant.**

**No. 16-16888
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(June 20, 2017)

Arthur Lee Bentley, III, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Howard C. Anderson, Federal Public Defender's Office, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before TJOFLAT, HULL, and WILLIAM PRYOR Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Antwon Stuckey, in this direct criminal appeal, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Stuckey's convictions and sentences are AFFIRMED.